**No. 49927.**—Protests 874795–G, etc., of Armand Schwab & Co., Inc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.